AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

## for the

### Eastern District of Texas

| | | |
|---|---|---|
| United States of America | ) | FILED |
| v. | ) | OCT - 9 2019 |
| Joseph De SANCHEZ | ) | Clerk, U.S. District Court |
| | ) | Texas Eastern |
| | ) | Case No. |
| | ) | 6:19-MJ *166* |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

# CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____September 24, 2019_____ in the county of _____Smith_____ in the _____Eastern_____ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C.§§922(a6) | Unlawful for any person in connection with the acquisition or attempted acquisition of any firearm from a federal firearms licensee (FFL) to make any false or fictitious oral or written statement or to furnish or exhibit any false, fictitious, or misrepresented identification, intended or likely to deceive the FFL with respect to any fact material to the lawfulness of the sale or other disposition of such firearm |

This criminal complaint is based on these facts:

See attached affidavit of Special Agent James Reed

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent James Reed, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___10-9-19___

_____
*Judge's signature*

City and state: _____Tyler, Texas_____    John D. Love, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, James R. Reed, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a criminal complaint against **Joseph De SANCHEZ (De SANCHEZ)** for violations of 18 U.S.C. §§ 922(a)(6) [false statement during purchase of firearm].

2. I am a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been since January 2014. I am currently assigned to the Tyler, Texas, Field Office.

3. As a special agent, I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy. I regularly refer to state and federal laws and regulations during the course of my duties. I received a Bachelor of Arts degree in Political Science and a Master's degree in Public Administration from Texas A&M University. As a result of my training and experience as an ATF special agent, I am familiar with federal criminal laws, including those concerning firearms.

4. The statements in this affidavit are based on my personal observations, my training and experience, my investigation of this matter, and information obtained from other agents and witnesses. Because this affidavit is intended to show only that there is sufficient probable cause to support a criminal complaint and arrest warrant against **De SANCHEZ**, I have not included each and every fact known to me concerning this investigation.

**Affidavit in Support of**
**Criminal Complaint - Page 1**

## FACTS SUPPORTING PROBABLE CAUSE

5.    Under 18 U.S.C. § 922(a)(6), it is unlawful for any person in connection with the acquisition or attempted acquisition of any firearm or ammunition from a federal firearms licensee (FFL) knowingly to make any false or fictitious oral or written statement or to furnish or exhibit any false, fictitious, or misrepresented identification, intended or likely to deceive the FFL with respect to any fact material to the lawfulness of the sale or other disposition of such firearm or ammunition.

6.    An individual who purchases a firearm from an FFL dealer must fill out ATF Form 4473, which is the official firearms transaction record for intrastate, over-the-counter sales.   A dealer is required to maintain Forms 4473 for at least 20 years.

7.    Form 4473 requires the buyer to identify himself, provide an address, date and place of birth, social security number or other identifying number, and state of residency.   In addition, the buyer must certify that he is the actual buyer of the firearm and answer questions concerning federal prohibitions on possessing firearms. Examples of such information include whether he is under indictment for a felony, has been convicted of a felony, has ever been adjudicated mentally defective or committed to a mental institution, or is an alien illegally in the United States.

8.    The FFL must stop the transaction if there is reasonable cause to believe that the buyer is not the actual buyer of the firearm or is prohibited from possessing firearms.   Such situations would include, but are not limited to, when the buyer answers "no" on the Form 4473

**Affidavit in Support of**
**Criminal Complaint - Page 2**

to the question asking whether he/she is the actual transferee/buyer of the firearm, or when the buyer answers "yes" to the questions concerning whether he/she is under indictment for a felony, has been convicted of a felony, has ever been adjudicated mentally defective or committed to a mental institution, or is an alien illegally in the United States.

9.      Prior to any sale, an individual signs the Form 4473 attesting that the answers he provides are true and correct.

10.     According to records obtained by investigators, on September 24, 2019, in the Eastern District of Texas, **De SANCHEZ** purchased a firearm from Superior Outfitters, an FFL, in Tyler, Texas.   **De SANCHEZ** completed and signed an ATF Form 4473.   On the form, **De SANCHEZ** listed his name and as the transferee/buyer of the firearm. In response to the question whether he was "the actual transferee/buyer of the firearm(s) listed on this form," **De SANCHEZ** answered "yes." Records obtained by investigators show that **De SANCHEZ** received the firearm, a Barrett, Model 82A1, 50BMG caliber rifle, Serial number AA007938, on the same date. Records from the FFL show **De SANCHEZ** paid $8,551.74 for the firearm.

11.     On October 8, 2019, Special Agents with the ATF interviewed **De SANCHEZ** concerning the purchase of the above-mentioned firearm and other firearms. **De SANCHEZ** confessed to the Special Agents that he had been asked by an individual in Mexico to purchase the Barrett .50 caliber firearm. **De SANCHEZ** confessed that he did purchase the firearm, the aforementioned Barrett rifle, with the intent to give it to the individual in Mexico. **De SANCHEZ** confessed that he had taken the firearm across the border and delivered it to the

**Affidavit in Support of**
**Criminal Complaint - Page 3**

individual in Mexico. **De SANCHEZ** confessed to purchasing numerous other firearms for this individual from FFLs located in the Eastern District of Texas and delivering them to Mexico.

12.    On October 9, 2018, Special Agents interviewed **De SANCHEZ. De SANCHEZ** confessed and confirmed the he had been instructed to purchase the Barrett .50caliber firearm by an individual in Mexico, had purchased the firearm from the FFL with the intent to give the firearm to the individual in Mexico, smuggled the firearm to Mexico, and received payment for the firearm from the individual in Mexico. **De SANCHEZ** stated to investigators that he had delivered the firearm within the last week to Mexico and he had received approximately $12,000 cash for the firearm. Travel records obtained by investigators confirmed that **De SANCHEZ** reentered the United States from Mexico on October 4, 2019. **De SANCHEZ** additionally confessed to purchasing numerous other firearms (more than 10) for the individual in Mexico over the past year. De SANCHEZ stated he purchased numerous firearms at FFLs within the Eastern District of Texas and smuggled them to the individual in Mexico.

## CONCLUSION

13.    Based on the foregoing, I submit that there is probable cause to believe that **Joseph De SANCHEZ** has committed violations of 18 U.S.C. §§ 922(a)(6) [false statement during purchase of firearm].   Accordingly, I request that an arrest warrant issue as specified in the criminal complaint.

**Affidavit in Support of**
**Criminal Complaint - Page 4**

## REQUEST FOR SEALING

14.     It is respectfully requested that this Court issue an order sealing, until further order of the Court, all papers submitted in support of the criminal complaint, including this affidavit. I believe that sealing this document is necessary because the items and information to be seized are relevant to an ongoing investigation.   Premature disclosure of the contents of this affidavit and related documents may have a significant and negative impact on the continuing investigation and may severely jeopardize its effectiveness.

Respectfully submitted,

James Reed, Special Agent
Bureau of Alcohol, Tobacco, Firearms, and
Explosives

Subscribed and sworn to before me
on October 9th, 2019:

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

**Affidavit in Support of**
**Criminal Complaint - Page 5**